| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for PNC Bank, National Association<br>JILL A. MANZO, ESQ.<br>PN211<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MANIR AHAMED<br><br>  Debtor(s). | Case No.:  21-18217 RG<br><br>Chapter:   13<br><br>Judge:   HONORABLE ROSEMARY GAMBARDELLA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>PNC Bank, National Association</u>. This party is a party in interest in this case pursuant to a mortgage dated June 10, 2017 and recorded in the Office of the PASSAIC County Clerk/Register on June 29, 2017 in Mortgage Book 14546, Page 61, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
            Counsellors at Law
            7 Century Drive - Suite 201
            Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                Attorneys for PNC Bank, National
                                Association

Dated: <u>December 1, 2021</u>          By:   <u>/S/JILL A. MANZO</u>
                                        JILL A. MANZO, ESQ.

Case No.:  21-18217 RG