RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:    MANIR AHAMED
116 CARLISLE AVENUE
PATERSON, NJ  07501

Atty:    RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 21-18217

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/10/2021 | $1,472.07 | 8075496000 | 12/17/2021 | $1,472.07 | 8151843000 |

**Total Receipts: $2,944.14  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,944.14**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 147.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 12,981.38 | 0.00% | 0.00 | 0.00 |
| 0002 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,100.78 | 0.00% | 0.00 | 0.00 |
| 0004 | ARVEST CENTRAL MORTGAG | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,022.37 | 0.00% | 0.00 | 0.00 |
| 0009 | BOBS DS FURN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,688.15 | 0.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 6,030.02 | 0.00% | 0.00 | 0.00 |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 16,357.54 | 0.00% | 0.00 | 0.00 |
| 0015 | CITICARDS CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | CITI MASTERCARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | DISCOVER BANK | UNSECURED | 26,171.92 | 0.00% | 0.00 | 0.00 |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 5,730.50 | 0.00% | 0.00 | 0.00 |
| 0021 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | FNB OMAHA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-18217**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0023 | IRONBOUND AMBULANCE SQUAD, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | KEYBANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | PNC BANK NA | MORTGAGE ARRE | 17,346.19 | 100.00% | 0.00 | 0.00 |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,111.00 | 0.00% | 0.00 | 0.00 |
| 0032 | REMEX INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | SEARS/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | QUANTUM3 GROUP LLC | UNSECURED | 5,160.67 | 0.00% | 0.00 | 0.00 |
| 0036 | SAINT MICHAEL'S MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | TD BANK NA | UNSECURED | 10,398.34 | 0.00% | 0.00 | 0.00 |
| 0039 | THD/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,917.13 | 0.00% | 0.00 | 0.00 |
| 0047 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 978.67 | 0.00% | 0.00 | 0.00 |
| 0052 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0053 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0054 | CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,954.22 | 0.00% | 0.00 | 0.00 |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,260.90 | 0.00% | 0.00 | 0.00 |
| 0057 | US BANK NATIONAL ASSOCIATION | UNSECURED | 12,426.34 | 0.00% | 0.00 | 0.00 |

**Total Paid: $147.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $2,944.14    -    Paid to Claims: $0.00    -    Admin Costs Paid: $147.20    =    Funds on Hand: $2,796.94

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.