UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215)627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on January 24, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Manir Ahamed,

Debtor.

Case No.:  21-18217 RG
Adv. No.:
Hearing Date:  12/15/2021 @ 8:30 a.m.

Judge:  Rosemary Gambardella

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: January 24, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | Manir Ahamed |
| Case No.: | 21-18217 RG |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property located at 116 Carlisle Avenue, Paterson, NJ 07501, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, Manir Ahamed, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor is to obtain court approval for the deferral agreement by February 28, 2022; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices outside of the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while approval of the deferral agreement is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue in the event the deferral agreement is not approved; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the deferral agreement is not approved, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.