**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on March 17, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Manir Ahamed** | : | CASE NO. 21-18217 |
| Debtor | : | The Honorable Rosemary Gambardella |

**ORDER APPROVING PARTIAL CLAIM NOTE AND MORTGAGE**

---

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 17, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the Secured Creditor's Notice of Motion for an Order approving a Partial Claims Note and Mortgage, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Partial Claim Note, dated October 18, 2021, and Partial Claim Mortgage, dated October 18, 2021, and as between the Secured Creditor and the Debtor, attached as an Exhibit to the motion, is approved.

2. No disbursements shall be made on this partial claim by the Chapter 13 Trustee to the Secured Creditor.