Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  21−18217−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Manir Ahamed
    116 Carlisle Avenue
    Paterson, NJ 07501

Social Security No.:
    xxx−xx−1260

Employer's Tax I.D. No.:

_____

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2022.

Dated: March 17, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18217-RG |
| Manir Ahamed | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Manir Ahamed, 116 Carlisle Avenue, Paterson, NJ 07501-2518 |
| 519335720 | + | AMEX DSNB, PO BOX 8218, MASON, OH 45040-8218 |
| 519335722 | + | ARVEST CENTRAL MORTGAG, 801 JOHN BARROW RD STE 1, LITTLE ROCK, AR 72205-6511 |
| 519335714 | + | Alltran Financial, LP, PO BOX 4043, Concord, CA 94524-4043 |
| 519335715 | + | American Express National Bank, ATTN. Zwicker & Associates, 1105 Laurel Oak Rd Ste 136, Voorhees, NJ 08043-4312 |
| 519335723 | + | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 519335726 | | BOBS DS FURN, CSCL DISPUTE TEAM N8235-04M, DES MOINES, IA 50306 |
| 519335736 | + | Citi Mastercard, ATTN. Rubin & Rothman, LLC, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 519335738 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 519335744 | + | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103-0412 |
| 519335745 | + | Ironbound Ambulance Squad, Inc., PO BOX 949, Matawan, NJ 07747-0949 |
| 519335747 | + | Law Offices of Lazaro Carvajal, LLC, 2035 Kennedy Boulevard, North Bergen, NJ 07047-6362 |
| 519335748 | ++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449 address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Suite 220, Syosset, NY 11791 |
| 519335749 | + | NorthStar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519443289 | + | PO BOX 94982, CLEVELAN, OH 44101-4982 |
| 519335752 | + | Port folio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 519335755 | + | REMEX INC, 307 WALL STREET, PRINCETON, NJ 08540-1515 |
| 519335757 | + | Saint Michael's Medical Center, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 519335760 | + | Sunrise Credit Services, Inc, PO Box 9100, Farmingdale, NY 11735-9100 |
| 519346637 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519335763 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519335765 | + | The Cintron Firm. LLC, 167 Main Street, 1st FLoor, Ridgefield Park, NJ 07660-1622 |
| 519335766 | + | The Home Depot, ATTN. Tenaglia & Hunt, 395 West Passaic St Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:25 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519335716 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 20:34:27 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 519335721 | + | Email/Text: legal@arsnational.com | Mar 17 2022 20:32:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 519335722 | + | Email/Text: cmcbankruptcygroup@arvest.com | Mar 17 2022 20:31:00 | ARVEST CENTRAL MORTGAG, 801 JOHN BARROW RD STE 1, LITTLE ROCK, AR |

| | | | |
|---|---|---|---|
| | | | 72205-6511 |
| 519447427 | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 20:34:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519335725 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2022 20:31:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 519335727 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 20:34:32 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 519335728 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 20:34:38 | CAPITAL ONE BANK USA N, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 519335733 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:29 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 519335734 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:36 | CITI, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 519335737 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:36 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 519335739 | + Email/Text: clientservices@credit-control.com | Mar 17 2022 20:32:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 519335740 | + Email/Text: mrdiscen@discover.com | Mar 17 2022 20:31:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 519335741 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:44 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 519358259 | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2022 20:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519344394 | Email/Text: mrdiscen@discover.com | Mar 17 2022 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519335742 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2022 20:32:00 | ELAN FINANCIAL SERVICE, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 519335730 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 20:34:38 | CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 519335746 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 17 2022 20:32:00 | KEYBANK NA, 4910 TIEDEMAN ROAD, CLEVELAND, OH 44144-2338 |
| 519344568 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 20:34:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519335748 | Email/Text: Bankruptcy@mjrf.com | Mar 17 2022 20:31:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Suite 220, Syosset, NY 11791 |
| 519348970 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2022 20:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519457558 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 20:31:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519335750 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 20:31:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 519459869 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519335753 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:35 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 519462946 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:35 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519462611 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:41 | Portfolio Recovery Associates, LLC, c/o Gm, POB |

District/off: 0312-2                            User: admin                                  Page 3 of 4

Date Rcvd: Mar 17, 2022                         Form ID: plncf13                             Total Noticed: 61

|          |   |                                                        |                     | 41067, Norfolk VA 23541 |
|----------|---|--------------------------------------------------------|---------------------|-------------------------|
| 519462961 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  | Mar 17 2022 20:34:27 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519335754 |   | Email/Text: signed.order@pfwattorneys.com             | Mar 17 2022 20:31:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519444352 |   | Email/Text: bnc-quantum@quantum3group.com             | Mar 17 2022 20:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519335755 | + | Email/Text: clientservices@remexinc.com               | Mar 17 2022 20:31:00 | REMEX INC, 307 WALL STREET, PRINCETON, NJ 08540-1515 |
| 519335756 | + | Email/Text: bankruptcy@rubinrothman.com               | Mar 17 2022 20:31:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519335758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com           | Mar 17 2022 20:34:36 | SEARS/CBNA, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 519335761 | + | Email/PDF: gecsedi@recoverycorp.com                   | Mar 17 2022 20:34:40 | SYNCB/PC RICHARD, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 519335760 | + | Email/Text: bankruptcy@sunrisecreditservices.com      | Mar 17 2022 20:31:00 | Sunrise Credit Services, Inc, PO Box 9100, Farmingdale, NY 11735-9100 |
| 519336422 | + | Email/PDF: gecsedi@recoverycorp.com                   | Mar 17 2022 20:34:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519335762 |   | Email/Text: bankruptcy@td.com                         | Mar 17 2022 20:32:00 | TD BANK N.A., 32 CHESTNUT STREET, LEWISTON, ME 04240 |
| 519335764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com           | Mar 17 2022 20:34:44 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 519335763 | + | Email/Text: ClericalSupport@tenagliahunt.com          | Mar 17 2022 20:31:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519442834 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com   | Mar 17 2022 20:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 519443288 |       | PNC BANK, NATIONAL ASSOCIATION |
| 519335717 | *+    | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 519335718 | *+    | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 519335719 | *+    | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 519447429 | *     | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519335724 | *+    | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 519335729 | *+    | CAPITAL ONE BANK USA N, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 519335735 | *+    | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 519335743 | *     | ELAN FINANCIAL SERVICE, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 519335731 | *P++  | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 519335732 | *P++  | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 519335751 | *P++  | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 519335759 | *+    | SEARS/CBNA, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

District/off: 0312-2                              User: admin                                           Page 4 of 4
Date Rcvd: Mar 17, 2022                        Form ID: plncf13                                      Total Noticed: 61

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Manir Ahamed ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5