RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  MANIR AHAMED
116 CARLISLE AVENUE
PATERSON,  NJ  07501

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-18217

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $95,096.28**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/10/2021 | $1,472.07 | 8075496000 | 12/17/2021 | $1,472.07 | 8151843000 |
| 01/18/2022 | $1,472.07 | 8215601000 | 02/16/2022 | $1,472.07 | 8277985000 |
| 03/18/2022 | $1,472.07 | 8348405000 | 04/18/2022 | $1,593.00 | 8410962000 |
| 05/27/2022 | $1,593.00 | 8487157000 | 06/29/2022 | $1,593.00 | 8555540000 |
| 07/28/2022 | $1,593.00 | 8613220000 | 08/31/2022 | $1,593.00 | 8678559000 |
| 09/30/2022 | $1,593.00 | 8734085000 | 10/27/2022 | $1,593.00 | 8789758000 |
| 11/30/2022 | $1,593.00 | 8851150000 | 01/03/2023 | $1,593.00 | 8914832000 |

**Total Receipts: $21,697.35  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,697.35**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 08/15/2022 | $803.23 | 895,883 | 08/15/2022 | $118.62 | 895,883 |
| | 09/19/2022 | $156.75 | 897,486 | 09/19/2022 | $23.16 | 897,486 |
| | 10/17/2022 | $156.80 | 899,159 | 10/17/2022 | $23.15 | 899,159 |
| | 11/14/2022 | $156.77 | 900,736 | 11/14/2022 | $23.15 | 900,736 |
| | 12/12/2022 | $153.51 | 902,291 | 12/12/2022 | $22.68 | 902,291 |
| | 01/09/2023 | $153.54 | 903,778 | 01/09/2023 | $22.66 | 903,778 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 08/15/2022 | $191.87 | 896,055 | 08/15/2022 | $354.58 | 896,055 |
| | 09/19/2022 | $37.44 | 897,662 | 09/19/2022 | $69.20 | 897,662 |
| | 10/17/2022 | $37.44 | 899,320 | 10/17/2022 | $69.21 | 899,320 |
| | 11/14/2022 | $37.45 | 900,900 | 11/14/2022 | $69.21 | 900,900 |
| | 12/12/2022 | $36.69 | 902,445 | 12/12/2022 | $67.77 | 902,445 |
| | 01/09/2023 | $36.65 | 903,934 | 01/09/2023 | $67.77 | 903,934 |

**Chapter 13 Case # 21-18217**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 08/15/2022 | $1,619.41 | 896,062 | | 09/19/2022 | $316.03 | 897,670 |
| | 10/17/2022 | $316.12 | 899,327 | | 11/14/2022 | $316.07 | 900,907 |
| | 12/12/2022 | $309.49 | 902,451 | | 01/09/2023 | $309.55 | 903,939 |
| LVNV FUNDING LLC | | | | | | | |
| | 08/15/2022 | $373.10 | 896,252 | | 09/19/2022 | $72.85 | 897,863 |
| | 10/17/2022 | $72.81 | 899,514 | | 11/14/2022 | $72.82 | 901,082 |
| | 12/12/2022 | $71.31 | 902,629 | | 01/09/2023 | $71.32 | 904,128 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 08/15/2022 | $1,012.12 | 895,685 | | 09/19/2022 | $197.60 | 897,269 |
| | 10/17/2022 | $197.51 | 898,944 | | 11/14/2022 | $197.55 | 900,509 |
| | 12/12/2022 | $193.44 | 902,083 | | 01/09/2023 | $193.46 | 903,573 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $201.77 | 8,002,997 | | 08/15/2022 | $60.56 | 8,002,997 |
| | 08/15/2022 | $440.01 | 8,002,997 | | 08/15/2022 | $310.75 | 8,002,997 |
| | 08/15/2022 | $290.09 | 8,002,997 | | 09/19/2022 | $60.68 | 8,003,048 |
| | 09/19/2022 | $56.61 | 8,003,048 | | 09/19/2022 | $85.87 | 8,003,048 |
| | 09/19/2022 | $11.82 | 8,003,048 | | 09/19/2022 | $39.38 | 8,003,048 |
| | 10/17/2022 | $85.88 | 8,003,103 | | 10/17/2022 | $11.81 | 8,003,103 |
| | 10/17/2022 | $39.39 | 8,003,103 | | 10/17/2022 | $60.62 | 8,003,103 |
| | 10/17/2022 | $56.62 | 8,003,103 | | 11/14/2022 | $60.65 | 8,003,148 |
| | 11/14/2022 | $56.62 | 8,003,148 | | 11/14/2022 | $85.88 | 8,003,148 |
| | 11/14/2022 | $11.82 | 8,003,148 | | 11/14/2022 | $39.38 | 8,003,148 |
| | 12/12/2022 | $59.43 | 8,003,201 | | 12/12/2022 | $55.44 | 8,003,201 |
| | 12/12/2022 | $38.56 | 8,003,201 | | 12/12/2022 | $11.58 | 8,003,201 |
| | 12/12/2022 | $84.09 | 8,003,201 | | 01/09/2023 | $59.39 | 8,003,257 |
| | 01/09/2023 | $55.45 | 8,003,257 | | 01/09/2023 | $11.57 | 8,003,257 |
| | 01/09/2023 | $84.10 | 8,003,257 | | 01/09/2023 | $38.56 | 8,003,257 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/15/2022 | $319.31 | 895,775 | | 09/19/2022 | $62.35 | 897,371 |
| | 10/17/2022 | $62.29 | 899,036 | | 11/14/2022 | $62.32 | 900,609 |
| | 12/12/2022 | $61.07 | 902,177 | | 01/09/2023 | $60.99 | 903,663 |
| TD BANK NA | | | | | | | |
| | 08/15/2022 | $643.41 | 895,781 | | 09/19/2022 | $125.56 | 897,377 |
| | 10/17/2022 | $125.59 | 899,042 | | 11/14/2022 | $125.58 | 900,614 |
| | 12/12/2022 | $122.97 | 902,181 | | 01/09/2023 | $122.98 | 903,667 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 08/15/2022 | $768.89 | 895,548 | | 08/15/2022 | $368.43 | 896,812 |
| | 09/19/2022 | $71.90 | 898,500 | | 09/19/2022 | $150.05 | 897,123 |
| | 10/17/2022 | $150.09 | 898,804 | | 10/17/2022 | $71.90 | 900,099 |
| | 11/14/2022 | $150.07 | 900,380 | | 11/14/2022 | $71.91 | 901,673 |
| | 12/12/2022 | $70.41 | 903,197 | | 12/12/2022 | $146.95 | 901,956 |
| | 01/09/2023 | $70.43 | 904,691 | | 01/09/2023 | $146.97 | 903,447 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 943.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 12,981.38 | * | 1,580.60 | |
| 0002 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,100.78 | * | 377.54 | |
| 0004 | ARVEST CENTRAL MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,022.37 | * | 611.52 | |
| 0009 | BOBS DS FURN | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-18217**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,688.15 | * | 570.83 | |
| 0011 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 6,030.02 | * | 734.21 | |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 16,357.54 | * | 1,991.68 | |
| 0015 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DISCOVER BANK | UNSECURED | 26,171.92 | * | 3,186.67 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 5,730.50 | * | 697.74 | |
| 0021 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | FNB OMAHA | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | IRONBOUND AMBULANCE SQUAD, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | KEYBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PNC BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,111.00 | * | 865.83 | |
| 0032 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | QUANTUM3 GROUP LLC | UNSECURED | 5,160.67 | * | 628.33 | |
| 0036 | SAINT MICHAEL'S MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | TD BANK NA | UNSECURED | 10,398.34 | * | 1,266.09 | |
| 0039 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0046 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,917.13 | * | 233.42 | |
| 0047 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 978.67 | * | 119.16 | |
| 0052 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,954.22 | * | 724.98 | |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,260.90 | * | 397.04 | |
| 0057 | US BANK NATIONAL ASSOCIATION | UNSECURED | 12,426.34 | * | 1,513.02 | |

**Total Paid:  $20,191.97**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $21,697.35        -    Paid to Claims: $15,498.66    -    Admin Costs Paid: $4,693.31    =    Funds on Hand: $1,505.38

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.