RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  MANIR AHAMED
116 CARLISLE AVENUE
PATERSON, NJ  07501

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 21-18217

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $95,096.28**

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/10/2021 | $1,472.07 | 8075496000 | 12/17/2021 | $1,472.07 | 8151843000 |
| 01/18/2022 | $1,472.07 | 8215601000 | 02/16/2022 | $1,472.07 | 8277985000 |
| 03/18/2022 | $1,472.07 | 8348405000 | 04/18/2022 | $1,593.00 | 8410962000 |
| 05/27/2022 | $1,593.00 | 8487157000 | 06/29/2022 | $1,593.00 | 8555540000 |
| 07/28/2022 | $1,593.00 | 8613220000 | 08/31/2022 | $1,593.00 | 8678559000 |
| 09/30/2022 | $1,593.00 | 8734085000 | 10/27/2022 | $1,593.00 | 8789758000 |
| 11/30/2022 | $1,593.00 | 8851150000 | 01/03/2023 | $1,593.00 | 8914832000 |
| 02/01/2023 | $1,593.00 | 8969729000 | 02/27/2023 | $1,593.00 | 9020826000 |
| 03/30/2023 | $1,593.00 | 9081206000 | 05/01/2023 | $1,593.00 | 9141393000 |
| 06/01/2023 | $1,593.00 | 9197835000 | 07/03/2023 | $1,593.00 | 9249878000 |
| 08/01/2023 | $1,593.00 | 9304220000 | 09/01/2023 | $1,593.00 | 9355313000 |
| 09/29/2023 | $1,593.00 | 9404403000 | 11/01/2023 | $1,593.00 | 9458493000 |
| 11/29/2023 | $1,593.00 | 9504814000 | | | |

**Total Receipts: $39,220.35  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $39,220.35**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 08/15/2022 | $803.23 | 895,883 | 08/15/2022 | $118.62 | 895,883 |
| | 09/19/2022 | $156.75 | 897,486 | 09/19/2022 | $23.16 | 897,486 |
| | 10/17/2022 | $156.80 | 899,159 | 10/17/2022 | $23.15 | 899,159 |
| | 11/14/2022 | $23.15 | 900,736 | 11/14/2022 | $156.77 | 900,736 |
| | 12/12/2022 | $153.51 | 902,291 | 12/12/2022 | $22.68 | 902,291 |
| | 01/09/2023 | $153.54 | 903,778 | 01/09/2023 | $22.66 | 903,778 |
| | 02/13/2023 | $153.52 | 905,299 | 02/13/2023 | $22.68 | 905,299 |
| | 03/13/2023 | $153.50 | 906,913 | 03/13/2023 | $22.67 | 906,913 |
| | 04/17/2023 | $153.55 | 908,498 | 04/17/2023 | $22.68 | 908,498 |
| | 05/15/2023 | $153.52 | 910,130 | 05/15/2023 | $22.67 | 910,130 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/12/2023 | $151.90 | 911,592 | | 06/12/2023 | $22.42 | 911,592 |
| | 07/17/2023 | $151.89 | 913,105 | | 07/17/2023 | $22.45 | 913,105 |
| | 08/14/2023 | $151.90 | 914,621 | | 08/14/2023 | $22.43 | 914,621 |
| | 09/18/2023 | $151.90 | 916,122 | | 09/18/2023 | $22.43 | 916,122 |
| | 10/16/2023 | $151.90 | 917,615 | | 10/16/2023 | $22.43 | 917,615 |
| | 11/13/2023 | $151.90 | 919,045 | | 11/13/2023 | $22.43 | 919,045 |
| | 12/11/2023 | $149.47 | 920,467 | | 12/11/2023 | $22.08 | 920,467 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 08/15/2022 | $191.87 | 896,055 | | 08/15/2022 | $354.58 | 896,055 |
| | 09/19/2022 | $37.44 | 897,662 | | 09/19/2022 | $69.20 | 897,662 |
| | 10/17/2022 | $69.21 | 899,320 | | 10/17/2022 | $37.44 | 899,320 |
| | 11/14/2022 | $37.45 | 900,900 | | 11/14/2022 | $69.21 | 900,900 |
| | 12/12/2022 | $36.69 | 902,445 | | 12/12/2022 | $67.77 | 902,445 |
| | 01/09/2023 | $36.65 | 903,934 | | 01/09/2023 | $67.77 | 903,934 |
| | 02/13/2023 | $36.67 | 905,471 | | 02/13/2023 | $67.77 | 905,471 |
| | 03/13/2023 | $36.69 | 907,080 | | 03/13/2023 | $67.76 | 907,080 |
| | 04/17/2023 | $36.65 | 908,684 | | 04/17/2023 | $67.78 | 908,684 |
| | 05/15/2023 | $36.69 | 910,284 | | 05/15/2023 | $67.77 | 910,284 |
| | 06/12/2023 | $67.06 | 911,757 | | 06/12/2023 | $36.27 | 911,757 |
| | 07/17/2023 | $67.05 | 913,278 | | 07/17/2023 | $36.30 | 913,278 |
| | 08/14/2023 | $67.06 | 914,796 | | 08/14/2023 | $36.28 | 914,796 |
| | 09/18/2023 | $67.05 | 916,292 | | 09/18/2023 | $36.28 | 916,292 |
| | 10/16/2023 | $36.28 | 917,769 | | 10/16/2023 | $67.05 | 917,769 |
| | 11/13/2023 | $36.28 | 919,216 | | 11/13/2023 | $67.05 | 919,216 |
| | 12/11/2023 | $35.70 | 920,632 | | 12/11/2023 | $65.99 | 920,632 |
| DISCOVER BANK | | | | | | | |
| | 08/15/2022 | $1,619.41 | 896,062 | | 09/19/2022 | $316.03 | 897,670 |
| | 10/17/2022 | $316.12 | 899,327 | | 11/14/2022 | $316.07 | 900,907 |
| | 12/12/2022 | $309.49 | 902,451 | | 01/09/2023 | $309.55 | 903,939 |
| | 02/13/2023 | $309.51 | 905,477 | | 03/13/2023 | $309.48 | 907,088 |
| | 04/17/2023 | $309.57 | 908,693 | | 05/15/2023 | $309.51 | 910,293 |
| | 06/12/2023 | $306.26 | 911,766 | | 07/17/2023 | $306.23 | 913,286 |
| | 08/14/2023 | $306.25 | 914,804 | | 09/18/2023 | $306.24 | 916,299 |
| | 10/16/2023 | $306.25 | 917,776 | | 11/13/2023 | $306.25 | 919,223 |
| | 12/11/2023 | $301.34 | 920,638 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/15/2022 | $373.10 | 896,252 | | 09/19/2022 | $72.85 | 897,863 |
| | 10/17/2022 | $72.81 | 899,514 | | 11/14/2022 | $72.82 | 901,082 |
| | 12/12/2022 | $71.31 | 902,629 | | 01/09/2023 | $71.32 | 904,128 |
| | 02/13/2023 | $71.31 | 905,669 | | 03/13/2023 | $71.33 | 907,272 |
| | 04/17/2023 | $71.30 | 908,885 | | 05/15/2023 | $71.31 | 910,467 |
| | 06/12/2023 | $70.57 | 911,947 | | 07/17/2023 | $70.56 | 913,469 |
| | 08/14/2023 | $70.56 | 914,984 | | 09/18/2023 | $70.56 | 916,481 |
| | 10/16/2023 | $70.56 | 917,954 | | 11/13/2023 | $70.56 | 919,401 |
| | 12/11/2023 | $69.41 | 920,797 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 08/15/2022 | $1,012.12 | 895,685 | | 09/19/2022 | $197.60 | 897,269 |
| | 10/17/2022 | $197.51 | 898,944 | | 11/14/2022 | $197.55 | 900,509 |
| | 12/12/2022 | $193.44 | 902,083 | | 01/09/2023 | $193.46 | 903,573 |
| | 02/13/2023 | $193.45 | 905,079 | | 03/13/2023 | $193.42 | 906,694 |
| | 04/17/2023 | $193.48 | 908,260 | | 05/15/2023 | $193.44 | 909,900 |
| | 06/12/2023 | $191.42 | 911,355 | | 07/17/2023 | $191.39 | 912,872 |
| | 08/14/2023 | $191.41 | 914,392 | | 09/18/2023 | $191.40 | 915,886 |
| | 10/16/2023 | $191.41 | 917,387 | | 11/13/2023 | $191.40 | 918,813 |
| | 12/11/2023 | $188.35 | 920,236 | | | | |

**Chapter 13 Case # 21-18217**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/15/2022 | $60.56 | 8,002,997 | 08/15/2022 | $201.77 | 8,002,997 |
| | 08/15/2022 | $440.01 | 8,002,997 | 08/15/2022 | $310.75 | 8,002,997 |
| | 08/15/2022 | $290.09 | 8,002,997 | 09/19/2022 | $85.87 | 8,003,048 |
| | 09/19/2022 | $56.61 | 8,003,048 | 09/19/2022 | $60.68 | 8,003,048 |
| | 09/19/2022 | $39.38 | 8,003,048 | 09/19/2022 | $11.82 | 8,003,048 |
| | 10/17/2022 | $60.62 | 8,003,103 | 10/17/2022 | $56.62 | 8,003,103 |
| | 10/17/2022 | $11.81 | 8,003,103 | 10/17/2022 | $39.39 | 8,003,103 |
| | 10/17/2022 | $85.88 | 8,003,103 | 11/14/2022 | $39.38 | 8,003,148 |
| | 11/14/2022 | $11.82 | 8,003,148 | 11/14/2022 | $60.65 | 8,003,148 |
| | 11/14/2022 | $56.62 | 8,003,148 | 11/14/2022 | $85.88 | 8,003,148 |
| | 12/12/2022 | $59.43 | 8,003,201 | 12/12/2022 | $55.44 | 8,003,201 |
| | 12/12/2022 | $84.09 | 8,003,201 | 12/12/2022 | $11.58 | 8,003,201 |
| | 12/12/2022 | $38.56 | 8,003,201 | 01/09/2023 | $59.39 | 8,003,257 |
| | 01/09/2023 | $55.45 | 8,003,257 | 01/09/2023 | $84.10 | 8,003,257 |
| | 01/09/2023 | $11.57 | 8,003,257 | 01/09/2023 | $38.56 | 8,003,257 |
| | 02/13/2023 | $84.10 | 8,003,309 | 02/13/2023 | $59.39 | 8,003,309 |
| | 02/13/2023 | $55.44 | 8,003,309 | 02/13/2023 | $38.56 | 8,003,309 |
| | 02/13/2023 | $11.57 | 8,003,309 | 03/13/2023 | $59.42 | 8,003,367 |
| | 03/13/2023 | $55.44 | 8,003,367 | 03/13/2023 | $84.09 | 8,003,367 |
| | 03/13/2023 | $38.58 | 8,003,367 | 03/13/2023 | $11.58 | 8,003,367 |
| | 04/17/2023 | $59.36 | 8,003,414 | 04/17/2023 | $55.45 | 8,003,414 |
| | 04/17/2023 | $84.10 | 8,003,414 | 04/17/2023 | $11.58 | 8,003,414 |
| | 04/17/2023 | $38.56 | 8,003,414 | 05/15/2023 | $59.42 | 8,003,472 |
| | 05/15/2023 | $55.44 | 8,003,472 | 05/15/2023 | $84.09 | 8,003,472 |
| | 05/15/2023 | $11.57 | 8,003,472 | 05/15/2023 | $38.56 | 8,003,472 |
| | 06/12/2023 | $58.74 | 8,003,529 | 06/12/2023 | $54.86 | 8,003,529 |
| | 06/12/2023 | $11.45 | 8,003,529 | 06/12/2023 | $83.22 | 8,003,529 |
| | 06/12/2023 | $38.16 | 8,003,529 | 07/17/2023 | $58.80 | 8,003,582 |
| | 07/17/2023 | $54.85 | 8,003,582 | 07/17/2023 | $11.45 | 8,003,582 |
| | 07/17/2023 | $83.20 | 8,003,582 | 07/17/2023 | $38.15 | 8,003,582 |
| | 08/14/2023 | $58.77 | 8,003,637 | 08/14/2023 | $54.86 | 8,003,637 |
| | 08/14/2023 | $83.21 | 8,003,637 | 08/14/2023 | $11.45 | 8,003,637 |
| | 08/14/2023 | $38.16 | 8,003,637 | 09/18/2023 | $58.77 | 8,003,690 |
| | 09/18/2023 | $54.86 | 8,003,690 | 09/18/2023 | $83.21 | 8,003,690 |
| | 09/18/2023 | $11.46 | 8,003,690 | 09/18/2023 | $38.16 | 8,003,690 |
| | 10/16/2023 | $11.45 | 8,003,749 | 10/16/2023 | $83.21 | 8,003,749 |
| | 10/16/2023 | $58.77 | 8,003,749 | 10/16/2023 | $54.86 | 8,003,749 |
| | 10/16/2023 | $38.16 | 8,003,749 | 11/13/2023 | $83.21 | 8,003,806 |
| | 11/13/2023 | $11.45 | 8,003,806 | 11/13/2023 | $38.16 | 8,003,806 |
| | 11/13/2023 | $58.77 | 8,003,806 | 11/13/2023 | $54.86 | 8,003,806 |
| | 12/11/2023 | $81.87 | 8,003,859 | 12/11/2023 | $11.27 | 8,003,859 |
| | 12/11/2023 | $37.54 | 8,003,859 | 12/11/2023 | $57.79 | 8,003,859 |
| | 12/11/2023 | $53.97 | 8,003,859 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 08/15/2022 | $319.31 | 895,775 | 09/19/2022 | $62.35 | 897,371 |
| | 10/17/2022 | $62.29 | 899,036 | 11/14/2022 | $62.32 | 900,609 |
| | 12/12/2022 | $61.07 | 902,177 | 01/09/2023 | $60.99 | 903,663 |
| | 02/13/2023 | $61.06 | 905,169 | 03/13/2023 | $61.02 | 906,788 |
| | 04/17/2023 | $61.04 | 8,003,428 | 05/15/2023 | $61.03 | 8,003,479 |
| | 06/12/2023 | $60.39 | 8,003,537 | 07/17/2023 | $60.38 | 8,003,594 |
| | 08/14/2023 | $60.39 | 8,003,649 | 09/18/2023 | $60.39 | 8,003,703 |
| | 10/16/2023 | $60.39 | 8,003,772 | 11/13/2023 | $60.39 | 8,003,817 |
| | 12/11/2023 | $59.42 | 8,003,869 | | | |

**Chapter 13 Case # 21-18217**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | | |
| | 08/15/2022 | $643.41 | 895,781 | | 09/19/2022 | $125.56 | 897,377 |
| | 10/17/2022 | $125.59 | 899,042 | | 11/14/2022 | $125.58 | 900,614 |
| | 12/12/2022 | $122.97 | 902,181 | | 01/09/2023 | $122.98 | 903,667 |
| | 02/13/2023 | $122.97 | 905,174 | | 03/13/2023 | $123.01 | 906,792 |
| | 04/17/2023 | $122.95 | 908,355 | | 05/15/2023 | $122.97 | 909,983 |
| | 06/12/2023 | $121.68 | 911,438 | | 07/17/2023 | $121.67 | 912,952 |
| | 08/14/2023 | $121.68 | 914,466 | | 09/18/2023 | $121.67 | 915,957 |
| | 10/16/2023 | $121.68 | 917,461 | | 11/13/2023 | $121.67 | 918,882 |
| | 12/11/2023 | $119.72 | 920,308 | | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 08/15/2022 | $768.89 | 895,548 | | 08/15/2022 | $368.43 | 896,812 |
| | 09/19/2022 | $71.90 | 898,500 | | 09/19/2022 | $150.05 | 897,123 |
| | 10/17/2022 | $71.90 | 900,099 | | 10/17/2022 | $150.09 | 898,804 |
| | 11/14/2022 | $150.07 | 900,380 | | 11/14/2022 | $71.91 | 901,673 |
| | 12/12/2022 | $146.95 | 901,956 | | 12/12/2022 | $70.41 | 903,197 |
| | 01/09/2023 | $146.97 | 903,447 | | 01/09/2023 | $70.43 | 904,691 |
| | 02/13/2023 | $146.95 | 904,951 | | 02/13/2023 | $70.42 | 906,282 |
| | 03/13/2023 | $147.00 | 906,579 | | 03/13/2023 | $70.41 | 907,849 |
| | 04/17/2023 | $146.93 | 908,136 | | 04/17/2023 | $70.42 | 909,512 |
| | 05/15/2023 | $146.95 | 909,796 | | 05/15/2023 | $70.41 | 911,000 |
| | 06/12/2023 | $69.68 | 912,517 | | 06/12/2023 | $145.41 | 911,254 |
| | 07/17/2023 | $69.67 | 914,043 | | 07/17/2023 | $145.40 | 912,780 |
| | 08/14/2023 | $145.41 | 914,305 | | 08/14/2023 | $69.67 | 915,509 |
| | 09/18/2023 | $145.40 | 915,792 | | 09/18/2023 | $69.67 | 917,044 |
| | 10/16/2023 | $69.67 | 918,472 | | 10/16/2023 | $145.41 | 917,303 |
| | 11/13/2023 | $69.67 | 919,917 | | 11/13/2023 | $145.40 | 918,730 |
| | 12/11/2023 | $143.07 | 920,164 | | 12/11/2023 | $68.57 | 921,317 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,209.67 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 12,981.38 | * | 3,405.01 | |
| 0002 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,100.78 | * | 813.33 | |
| 0004 | ARVEST CENTRAL MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,022.37 | * | 1,317.38 | |
| 0009 | BOBS DS FURN | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,688.15 | * | 1,229.70 | |
| 0011 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 6,030.02 | * | 1,581.67 | |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 16,357.54 | * | 4,290.58 | |
| 0015 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DISCOVER BANK | UNSECURED | 26,171.92 | * | 6,864.89 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 5,730.50 | * | 1,503.11 | |
| 0021 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | FNB OMAHA | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | IRONBOUND AMBULANCE SQUAD, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | KEYBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PNC BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,111.00 | * | 1,865.21 | |
| 0032 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-18217**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0034 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | QUANTUM3 GROUP LLC | UNSECURED | 5,160.67 | * | 1,353.65 | |
| 0036 | SAINT MICHAEL'S MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | TD BANK NA | UNSECURED | 10,398.34 | * | 2,727.48 | |
| 0039 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0046 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,917.13 | * | 502.86 | |
| 0047 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 978.67 | * | 256.71 | |
| 0052 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,954.22 | * | 1,561.79 | |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,260.90 | * | 855.33 | |
| 0057 | US BANK NATIONAL ASSOCIATION | UNSECURED | 12,426.34 | * | 3,259.42 | |

**Total Paid:  $39,347.79**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $39,220.35      -      Paid to Claims: $33,388.12      -      Admin Costs Paid: $5,959.67      =      Funds on Hand: $1,465.56

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.